on this petitioner be stayed pending the final disposition of the case by this Court. *Morris Lavine* for petitioner.

No. 518. DINEEN, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, *v.* UNITED STATES. Court of Claims. Certiorari denied. *Camden R. McAtee* for petitioner. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 525. ARMSTRONG *v.* ARMSTRONG. District Court of Appeal, 2d Appellate District, of California. Certiorari denied. *Hubert T. Morrow* and *John C. Morrow* for petitioner. *John Stewart Ross* for respondent.

No. 529. HOWARTH *v.* HOWARTH. District Court of Appeal, 2d Appellate District, of California. Certiorari denied. *Hiram T. Kellogg* for petitioner.

No. 536. PETROWSKI *v.* NUTT, COLONEL, AIR CORPS, U. S. A. C. C. A. 9th. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Harry I. Rand* for respondent.

No. 537. GLENSHAW GLASS Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 3d. Certiorari denied. *Max Swiren, Ben W. Heineman* and *Joseph D. Block* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Harry Baum* for respondent.